# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**JOHN HORTON, *et al.*,**

**Plaintiff(s),**

**Case No.   2:22cv86**

**v.**

**DOLLAR TREE,**

**Defendant(s).**

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

DATED: December 9, 2022                          FERNANDO GALINDO, Clerk


By_____/s/_____
E. Price, Deputy Clerk